In the Matter of the Accounting of JOAN PRICE, as Administratrix of the Estate of HOWARD PRICE, Deceased, Respondent. HARRY WEILL, Appellant.— Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bergan, JJ. [Decree disallowed appellant's claim.] [See *post,* p. 972.]

■

In the Matter of the Accounting of JOAN PRICE, as Administratrix of the Estate of HOWARD PRICE, Deceased, Respondent. MAX WEILL, Appellant.— Decree, insofar as it disallows claim of Max Weill, reversed and the claim allowed. There was a sufficient showing of indebtedness for at least the amount of the two instruments in suit to warrant awarding claimant judgment in the absence of a showing of a defense. Present — Peck, P. J., Dore, Cohn, Breitel and Bergan, JJ.; Dore, J., dissents and votes to affirm for the reasons stated by the trial court at the close of the case. Settle order on notice.

■

In the Matter of JOSEPH M. CARROLL, Petitioner, against JACOB GRUMET et al., Constituting the Board of Trustees of the New York City Fire Department Pension Fund, Article 1, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See *ante,* p. 35.]

■

In the Matter of the Arbitration between SLATTERY CONTRACTING Co., INC., Respondent, and NEW YORK UNIVERSITY, Appellant.— Motion for leave to appeal to the Court of Appeals and for a stay granted. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [See *ante,* p. 814.]

■

PHILIP TOLCHIN et al., Doing Business as UNIVERSAL MUSICAL INSTRUMENT Co., Respondents, v. TRUSTEES OF THE SAILORS' SNUG HARBOR IN THE CITY OF NEW YORK et al., Defendants, and GREENWICH ASSOCIATES, INC., et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ. [See *ante,* p. 234.]